M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUN 14  A 9:54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Boris F. Bigham_ )
Full name and prison name of )
Plaintiff(s) )
   )
v. )  CIVIL ACTION NO. 1:07-cv-523-MHT
   )  (To be supplied by Clerk of U.S. District
_Chief John Powell_ )  Court)
_Det. Bryan Cherry_ )
_Dothan Police Dept_ )
_____ )
_____ )
   )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _NA_

            Defendant(s) _NA_

        2.  Court (if federal court, name the district; if state court, name the county)
            _NA_

3. Docket number _NA_

4. Name of judge to whom case was assigned _NA_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _NA_

6. Approximate date of filing lawsuit _NA_

7. Approximate date of disposition _NA_

II. PLACE OF PRESENT CONFINEMENT _HOUSTON COUNTY JAIL DOTHAN, HOUSTON COUNTY, ALABAMA_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _DOTHAN CITY JAIL, DOTHAN POLICE DEPARTMENT, DOTHAN (GENERAL)_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | CHIEF JOHN POWELL | 210 ST. ANDREWS ST. DOTHAN, AL. 36301 |
| 2. | BRYAN CHERRY | 210 ST. ANDREWS ST. DOTHAN, AL. 36301 |
| 3. | DOTHAN POLICE DEPT. | 210 ST. ANDREWS ST. DOTHAN, AL. 36301 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _DECEMBER 9th 2006 MAY 24, 2007._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _HAS NOT PROPERLY INVESTIGATED THE ALLEGED DISAGREEMENT. HE WAS TOTALLY DEPENDING ON LINDY_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Bigham statements. He never asked me my side, I told him that she had already done this before, but had to write statement that she lied. And give it to Houston County Community Corrections. Mr. Jim Easterly. In file.

GROUND TWO: She, Ms. Cindy Bigham, stated that I called her 4 times and said that I drove by there.

SUPPORTING FACTS: Had the Dective checked any of these things, he would have found out that I was in Daleville filling out applications for a job.

GROUND THREE: Wrongful imprisonment - Loss of Job, Loss of Child - Loss of Salary - Loss of Transportation

SUPPORTING FACTS: 1st Time incarcerated Roughly 90-95 days. 2. Time still incarcerated. By not checking the facts and with witnesses I have lost a Job, my Truck I have lossed $9,600 in salary, a Truck worth $9,000 and caused my wife undue stress and the miscarriage of our child with all these Bogus charges and this wrongful imprisonment.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT THE COURT TO RULE THAT THE DOTHAN POLICE DEPARTMENT, CHIEF JOHN POWELL, AND DET BRYAN CHERRY REIMBURSE THE $20,000 in SALARY AND PROPERTY LOST. AND YOU CANNOT PUT THE PRICE ON A CHILD, OR THE SUFFERING BUT I ASK THEY give $50,000 FOR PUNITIVE DAMAGES & SUFFERING

X Boris F. Big
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-12-07
                   (Date)

X Boris F. Big
Signature of plaintiff(s)

Boris Bigham
#38736  J-3
901 East Main St.
Dothan, Al 36301



"Legal Mail"

Houston County Inmate Mail

OFFice OF The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711