AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __Alabama__ [Middle]

**Boris Bigham**
Plaintiff

V.

**Chief John Powell et al**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-cv-523-MHT

RECEIVED 2007 JUN 14 A 9:51
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, __Boris F. Bigham__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Houston County Jail Dothan, AL 36301__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __May 24, 2007 Steve Hightower Construction Midland City, AL__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☑ Yes     ☐ No
   b. Rent payments, interest or dividends              ☑ Yes     ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☑ No
   d. Disability or workers compensation payments       ☐ Yes     ☑ No
   e. Gifts or inheritances                             ☐ Yes     ☑ No
   f. Any other sources                                 ☑ Yes     ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

*My wife puts money on my books, but it causes her undue stress*

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount.   -0-

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *Toni Ryle Bigham*

I declare under penalty of perjury that the above information is true and correct.

_6-12-07_                              _Boris T. B____
Date                                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Personal Information

Wife: Toni Ryle Bigham
Address: 602 Dusy St.
         Dothan, Al 36301
Phone #: 334-792-3588

```
                               HOUSTON COUNTY JAIL
              ================================================================

                                Resident Account Summary
                             Wednesday, May 30, 2007  @20:19

              ================================================================
For CIN: 38736    BIGHAM, BORIS FITZGERALD
--------------------------------------------------------------------------------
  Date      Transaction  Description              Amount    Balance    Owed      Held    Reference
--------------------------------------------------------------------------------
05/30/2007  DEPCASH      INITIAL DEPOSIT - REINSTA   0.00      0.00     0.00     0.00
03/14/2007  RELEASE FUN  RELEASE OR CLOSEOUT TRANS -27.80      0.00     0.00     0.00
03/12/2007  <MEDCO>      Payment for MEDCO on 2007  -2.20     27.80     0.00     0.00
03/12/2007  DEPMO        08-575814788              30.00     30.00     2.20     0.00
03/06/2007  <MEDCO>      MARCH-CLONIDINE            -7.80      0.00     2.20     0.00
03/06/2007  MEDCO        MARCH-CLONIDINE           10.00      7.80    10.00     0.00
03/06/2007  EPR          OID:100043688-ComisaryPur -28.75      7.80     0.00     0.00
03/05/2007  DEPMO        54996094                  30.00     36.55     0.00     0.00
02/28/2007  EPR          OID:100043403-ComisaryPur -43.45      6.55     0.00     0.00
02/27/2007  DEPMO        4930808472                50.00     50.00     0.00     0.00
02/21/2007  EPR          OID:100043136-ComisaryPur -27.45      0.00     0.00     0.00
02/19/2007  <PHONE>      1667605433               -10.00     27.45     0.00     0.00
02/19/2007  PHONE        1667605433                10.00     37.45    10.00     0.00
02/19/2007  DEPCASH      2709485982                30.00     37.45     0.00     0.00
02/15/2007  <MEDCO>      CLONIDINE(FEBRUARY       -10.00      7.45     0.00     0.00
02/15/2007  MEDCO        CLONIDINE(FEBRUARY        10.00     17.45    10.00     0.00
02/14/2007  EPR          OID:100043012-ComisaryPur -33.10     17.45     0.00     0.00
02/11/2007  DEPMO        49308009652               20.00     50.55     0.00     0.00
02/11/2007  DEPMO        2709485577                30.00     30.55     0.00     0.00
02/06/2007  EPR          OID:100042721-ComisaryPur -33.20      0.55     0.00     0.00
02/04/2007  DEPMO        2709485082                30.00     33.75     0.00     0.00
01/30/2007  EPR          OID:100042465-ComisaryPur -46.25      3.75     0.00     0.00
01/30/2007  <PHONE>      1653508167               -10.00     50.00     0.00     0.00
01/30/2007  PHONE        1653508167                10.00     60.00    10.00     0.00
01/29/2007  DEPMO        08-575814648              30.00     60.00     0.00     0.00
01/27/2007  DEPMO        08575814632               30.00     30.00     0.00     0.00
01/19/2007  <MEDCO>      TYL                       -0.50      0.00     0.00     0.00
01/19/2007  MEDCO        TYL                        0.50      0.50     0.50     0.00
01/19/2007  <MEDCO>      TYL                       -0.50      0.50     0.00     0.00
01/19/2007  MEDCO        TYL                        0.50      1.00     0.50     0.00
01/17/2007  <MEDCO>      CRNP=NC.CLONIDINE011007  -10.00      1.00     0.00     0.00
01/17/2007  MEDCO        CRNP=NC.CLONIDINE011007   10.00     11.00    10.00     0.00
01/17/2007  EPR          OID:100042132-ComisaryPur -29.20     11.00     0.00     0.00
01/16/2007  DEPMO        86630808                  40.00     40.20     0.00     0.00
01/09/2007  EPR          OID:100041807-ComisaryPur -39.85      0.20     0.00     0.00
01/07/2007  DEPMO        2709483354                40.00     40.05     0.00     0.00
01/03/2007  EPR          OID:100041764-ComisaryPur -39.95      0.05     0.00     0.00
01/01/2007  <PHONE>      1644200995               -20.00     40.00     0.00     0.00
01/01/2007  PHONE        1644200995                20.00     60.00    20.00     0.00
12/30/2006  DEPMO        2709482031                20.00     60.00     0.00     0.00
12/30/2006  DEPMO        2709482553                40.00     40.00     0.00     0.00
12/20/2006  EPR          OID:100041530-ComisaryPur -60.00      0.00     0.00     0.00
12/18/2006  <PHONE>      1644003470               -20.00     60.00     0.00     0.00
12/18/2006  PHONE        1644003470                20.00     80.00    20.00     0.00
12/16/2006  DEPMO        49308251773               80.00     80.00     0.00     0.00
12/16/2006  DEPCASH      INITIAL DEPOSIT - REINSTA   0.00      0.00     0.00     0.00
04/02/2004  RELEASE FUN  RELEASE OR CLOSEOUT TRANS -25.91      0.00     0.00     0.00
04/02/2004  ERF          OID:100013461-ComisaryRef  23.80     25.91     0.00     0.00
03/30/2004  EPR          OID:100013461-ComisaryPur -23.80      2.11     0.00     0.00
03/29/2004  <MEDCO>      CRNP 3-16-04             -10.00     25.91     0.00     0.00
03/29/2004  MEDCO        CRNP 3-16-04              10.00     35.91    10.00     0.00
03/28/2004  DEPCASH      CYNTHIA                   20.00     35.91     0.00     0.00
03/23/2004  EPR          OID:100013333-ComisaryPur -27.45     15.91     0.00     0.00
03/16/2004  EPR          OID:100013177-ComisaryPur -39.95     43.36     0.00     0.00
03/14/2004  DEPCASH      LAVORIS                   30.00     83.31     0.00     0.00
03/14/2004  DEPCASH      CYNTHIA                   30.00     53.31     0.00     0.00
03/13/2004  <MEDCO>      HCTZ/TEVETEN 03-10-04    -10.00     23.31     0.00     0.00
03/13/2004  MEDCO        HCTZ/TEVETEN 03-10-04     10.00     33.31    10.00     0.00
03/09/2004  EPR          OID:100012911-ComisaryPur -10.65     33.31     0.00     0.00
03/09/2004  ERF          OID:100012772-ComisaryRef   1.20     43.96     0.00     0.00
03/02/2004  EPR          OID:100012772-ComisaryPur -29.70     42.76     0.00     0.00
02/28/2004  <MEDCO>      TYLENOL                   -0.50     72.46     0.00     0.00
02/28/2004  MEDCO        TYLENOL                    0.50     72.96     0.50     0.00
--------------------------------------------------------------------------------
                                     Page 1
```

```
                          HOUSTON COUNTY JAIL
        ================================================================
                          Resident Account Summary
                        Wednesday, May 30, 2007  @20:19

        ================================================================
For CIN: 38736     BIGHAM, BORIS FITZGERALD
--------------------------------------------------------------------------------
   Date     Transaction Description            Amount   Balance   Owed    Held    Reference
--------------------------------------------------------------------------------
02/24/2004  EPR         OID:100012545-ComisaryPur  -48.84   72.96    0.00    0.00
02/22/2004  DEPCASH     CYNTHIA                     20.00  121.80    0.00    0.00
02/22/2004  <MEDCO>     TYLENOL                     -0.50  101.80    0.00    0.00
02/22/2004  MEDCO       TYLENOL                      0.50  102.30    0.50    0.00
02/10/2004  EPR         OID:100012422-ComisaryPur  -49.70  102.30    0.00    0.00
02/06/2004  DEPCASH     INITIAL DEPOSIT - REINSTA  152.00  152.00    0.00    0.00
08/16/2003  UNCLM FUNDS CK 1446                     -0.49    0.00    0.00    0.00
08/16/2003  WCHECK      VOID-RELEASE OR CLOSEOUT     0.49    0.49    0.00    0.00
01/14/2003  WCHECK      RELEASE OR CLOSEOUT TRANS   -0.49    0.00    0.00    0.00
09/25/2002  EPR         OID:100001431-ComisaryPur  -29.51    0.49    0.00    0.00
09/21/2002  DEPCASH     INITIAL DEPOSIT             30.00   30.00    0.00    0.00




--------------------------------------------------------------------------------
                                   Page 2
```