IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BORIS F. BIGHAM, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHIEF JOHN POWELL, *et al.*, )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 1:07cv523-MHT<br>(WO) |

ORDER

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on June 18, 2007 (Doc. # 4), that this case be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED and ADJUDGED as follows:

1. That the recommendation of the United States Magistrate Judge is adopted;

2. That plaintiff's perjury claim is dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. That plaintiff's false-imprisonment claim is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. That plaintiff's complaint against defendants Powell and the Dothan Police Department is dismissed under 28 U.S.C. § 1915(e)(2(B)(i)-(ii); and

5. That this case is dismissed prior to service of process.

An appropriate judgment will be entered.

DONE, this the 19th day of July 2007.

        /s/ Myron H. Thompson     
UNITED STATES DISTRICT JUDGE